# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE COUNSELORS OF REAL ESTATE, (a not-for-profit Illinois corporation), <br><br> Plaintiff, <br><br> v. <br><br> MASTERS COMMERCIAL REAL ESTATE, INC., <br> (a Florida corporation), <br><br> Defendants. | Civil Action No. 1:11-cv-03173 <br><br> Judge Amy J. St. Eve |

## JOINT MOTION TO ENTER CONSENT JUDGMENT

Plaintiff, The Counselors of Real Estate, and Defendant, Masters Commercial Real Estate, Inc., each having appeared in this Action, hereby jointly move for the entry of Consent Judgment.

The parties agree that the Court has jurisdiction over the parties and the subject matter of this Action. The parties have resolved their dispute and such resolution is contingent on the Court's entry of the Consent Judgment attached hereto as Exhibit A. WHEREFORE, the parties hereto respectfully request that this Court enter the Consent Judgment.

Respectfully submitted,

*Attorneys for Plaintiff*

Date: August 18, 2011     By: /s/Tamara A. Miller
                              Tamara A. Miller (IL #6237169)
                              LEYDIG, VOIT & MAYER, LTD.
                              Two Prudential Plaza--Suite 4900
                              Chicago, Illinois 60601
                              Ph. (312) 616-5600
                              Fax (312) 616-5700
                              tmiller@leydig.com

[signatures continue]

*Attorneys for Defendant*

Date: August 18, 2011                By: /s/Matthew Nelles
                                                                               Matthew Nelles (Florida Admission)
                                                                               BROAD & CASSEL
                                                                               100 S.E. 3rd Avenue
                                                                               Fort Lauderdale, FL  33394
                                                                               mnelles@broadandcassel.com
                                                                               Ph. (954) 764-7060