**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE COUNSELORS OF REAL ESTATE, (a not-for-profit Illinois corporation),<br><br>Plaintiff,<br><br>v.<br><br>MASTERS COMMERCIAL REAL ESTATE, INC.,<br>(a Florida corporation),<br><br>Defendants. | Civil Action No. 1:11-cv-03173<br><br>Judge Amy J. St. Eve |

# EXHIBIT A
## TO
## JOINT MOTION TO ENTER CONSENT JUDGMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE COUNSELORS OF REAL ESTATE, | ) | |
| (a not-for-profit Illinois corporation), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-03173 |
| | ) | |
| MASTERS COMMERCIAL REAL ESTATE, | ) | |
| INC. | ) | Judge Amy St. Eve |
| (a Florida corporation), | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT AGAINST MASTERS COMMERCIAL REAL ESTATE, INC.**

WHEREAS, Plaintiff THE COUNSELORS OF REAL ESTATE ("CRE") and Defendant MASTERS COMMERCIAL REAL ESTATE, INC. ("Masters"), having agreed upon a basis for the adjudgment of the matters alleged in the Complaint and the entry of a judgment in this action, have jointly moved for entry of this Consent Judgment; and due deliberation being had thereon; and

WHEREAS the Court has jurisdiction over the parties and the subject matter of this action; and

WHEREAS, Plaintiff owns U.S. Trademark Registration Nos. 1,185,263 and 3,279,419 for the marks "CRE" and "CRE";

IT IS HEREBY ORDERED that judgment against Masters Commercial Real Estate, Inc. is entered as follows:

1.　　Masters Commercial Real Estate, Inc., and its officers, agents, servants, employees, attorneys, licensees, subsidiaries, and affiliated companies, including but not limited

to The Lipsey Company, and all others in active concert and/or participation with it, shall be permanently enjoined from the following acts:

    (a) using the letters "CRE" in sequence or in substantial sequence in any manner (including in upper-case letters, lower-case letters, initial-upper-case letters, or verbally) in connection with any real estate-related services or publications for purposes of relating to the issuance of any credential, degree or certificate, or in direct reference to real estate counseling services; however, use is not prohibited when referring to the Plaintiff or its members; and

    (b) using "MCRE" in sequence or in substantial sequence in any manner (including in upper-case letters, lower-case letters, initial-upper-case letters, or verbally) on or as part of advertising and promotional materials or educational materials, including but not limited to websites, the only exception being use of "MCRE" in any agreed-upon notice provided to consumers and potential consumers about this lawsuit and/or the agreement reached by the parties hereto.

2. Each party is to bear its own costs and attorneys' fees.

3. The Court will retain jurisdiction over this dispute for purposes of enforcing the terms of this Consent Judgment.

It is hereby ORDERED, ADJUDGED AND DECREED that final judgment is entered in accordance with the terms set forth in this Consent Judgment.

_____       _____
Date      Amy St. Eve
     United States District Judge
     Northern District of Illinois

AGREED TO BY:

THE COUNSELORS OF REAL ESTATE

Dated: *August 17, 2011*  By: *Larry Kirschman*
Title: *President and CEO*

MASTERS COMMERCIAL REAL ESTATE, INC.

Dated: *8-16-2011*  By: _____
Title: *president*

THE LIPSEY COMPANY, INC.

Dated: *8-16-2011*  By: _____
Title: *president*

3